```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21640
   TONY E FULLER
   SONYA Y FULLER                         CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-5482    SSN XXX-XX-5777
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/16/07 and confirmed on 04/25/08.

2. The case was dismissed after confirmation, 11/21/2008.

3. The Debtor paid a total of $ 37969.53 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | 32966.47 | .00 | 32966.47 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 14965.52 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 900.19 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 291.20 | .00 | .00 |
| COMPUCREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 176.50 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 320.67 | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 7154.78 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 259.03 | .00 | .00 |
| TNB VISA | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL BUYER CORP | SECURED | 12257.29 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 526.80 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 60189.28 | .00 | 9629.17 | .00 | 69818.45 |
| PRINCIPAL PAID | 32966.47 | .00 | .00 | .00 | 32966.47 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID              32966.47          .00          .00            .00       32966.47
```
The Debtor's attorney, GLEASON & MACMASTER           , was allowed $   3500.00 and was paid $         .00 .

The Trustee received $   1974.67 .

Refunds to the Debtor totaled $   3028.39 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/11/09                        /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE